# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-11941-mdc |
| | : | |
| Sherita S. Stokes, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 64-65 |

## Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and all exhibits was served on the following parties by first class mail or through the CM/ECF system:

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

Kenneth E. West
ecfemails@ph13trustee.com

BMW Bank of North America
jschwartz@mesterschwartz.com

I further certify that on this date, notice of the Debtor's Motion to Modify Chapter 13 Plan was served on the following parties by first class mail:

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

PECO Energy Comapny
2301 Market Street S4-1
Philadelphia, PA 19103-1380

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Calvary Portfolio Service
500 Summit Lake Drive
Valhalla, NY 10595-2322

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-897

Dated:  February 11, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com