# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-11941-mdc |
| | : | |
| Sherita S. Stokes, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 63 |

## Order Granting Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, on this ___10th___ day of ___March___ 2022, after consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and a hearing, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the modified plan filed as ECF No. 64-1 is **APPROVED**.

BY THE COURT:

Magdeline D. Coleman
*Chief U.S. Bankruptcy Judge*