## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Sherita S. Stokes            :       Chapter 13

DEBTOR                                :       Bankruptcy No. 18-11941MDC13

### ORDER

AND NOW, this 20th day of April 2022, upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$1,000.00** is **ALLOWED** to Cibik Law, P.C.  The Chapter 13 Trustee shall pay the allowed amount as an administrative expense to the extend provided in the confirmed plan.

By the Court:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge