Certificate Number: 16339-PAE-DE-039427475

Bankruptcy Case Number: 18-11941



16339-PAE-DE-039427475

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 10, 2025, at 10:08 o'clock PM EDT, Sherita Stokes completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 10, 2025                By:    /s/Kelley Tipton

                                      Name:  Kelley Tipton

                                      Title: Certified Financial Counselor