United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sherita S. Stokes  
    Debtor

Case No. 18-11941-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 13, 2025      Form ID: 138OBJ      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherita S. Stokes, 2131 Melvin Street, Philadelphia, PA 19131-3017 |
| 14078408 | ++++ | CENTRAL CREDIT SERVICES, LLC, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, LLC, 20 Corporare Hills Drive, Saint Charles, MO 63301 |
| 14078414 | + | David Apothaker, Esq., 520 Fellowship Road, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14078421 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14078422 | | PA. Housing Finance Authority, 211 N Front Street, Harrisburg, PA 17101-1406, Attn: John Goryl, Esquire |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2025 01:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14078402 | + | Email/Text: bncnotifications@pheaa.org | Mar 14 2025 01:22:00 | Aes/navient, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 14081191 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 00:57:38 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14078404 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 14 2025 01:09:14 | BMW Bank of North America, BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 14775044 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 14 2025 01:09:02 | BMW Financial Services, 1400 City View Drive,, Columbus, OH 43215-1477 |
| 14096087 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 01:32:00 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14078403 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2025 01:21:00 | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 14078412 | | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:22:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14078413 | | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:22:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14078405 | + | Email/Text: bankruptcy@cavps.com | Mar 14 2025 01:22:00 | Calvary Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 14078406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 14 2025 01:32:33 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14094452 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 01:32:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14078407 | + | Email/Text: bankruptcy@cavps.com | Mar 14 2025 01:22:00 | Cavalry Portfolio Services, ATTN: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14102407 | + | Email/Text: bankruptcy@cavps.com | Mar 14 2025 01:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14078409 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 01:08:54 | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 14078410 | + | Email/Text: ecf@ccpclaw.com | Mar 14 2025 01:21:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14268809 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 14 2025 01:22:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14078415 | | Email/Text: bankruptcycourts@equifax.com | Mar 14 2025 01:22:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14078416 | ^ | MEBN | Mar 14 2025 00:33:20 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14078417 | + | Email/Text: crdept@na.firstsource.com | Mar 14 2025 01:22:00 | FirstSource Advantage, LLC, P.O. Box 628, Buffalo, NY 14240-0628 |
| 14078418 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2025 01:22:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14078419 | ^ | MEBN | Mar 14 2025 00:33:30 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14105370 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2025 01:22:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14078420 | ^ | MEBN | Mar 14 2025 00:33:23 | MRS BPO, L.L.C., 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14089141 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 14 2025 01:22:00 | PECO Energy Comapny, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14655239 | ^ | MEBN | Mar 14 2025 00:33:31 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14078425 | ^ | MEBN | Mar 14 2025 00:33:34 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14101260 | + | Email/Text: bncnotifications@pheaa.org | Mar 14 2025 01:21:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14078426 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2025 00:58:05 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 14099263 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2025 00:57:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14078837 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2025 00:57:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14078423 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 14 2025 01:22:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14078424 | ^ | MEBN | Mar 14 2025 00:33:39 | Penn Medicine Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14078428 | | Email/Text: DASPUBREC@transunion.com | Mar 14 2025 01:21:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14078427 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | Mar 14 2025 00:58:33 | The Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
|---|---|---|---|---|
| 14106707 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 14 2025 01:22:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14078429 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 14 2025 01:22:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14078411 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL A. CIBIK
on behalf of Debtor Sherita S. Stokes help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 95 − 93

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Sherita S. Stokes ) Case No. 18−11941−djb
)
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

                   Eastern District of Pennsylvania
                   900 Market Street
                   Suite 400
                   Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 13, 2025                                                                         For The Court

                                                                                           Timothy B. McGrath
                                                                                           Clerk of Court